UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679

CARLOS MANUEL VASQUEZ LOPEZ,

     Plaintiff,

vs.

HENRY VERA,

     Defendant.

_____/

## SUMMONS IN A CIVIL ACTION

TO:    Henry Vera
       15874 SW 14 Ct
       Hollywood FL 33027

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  Brian H. Pollock, Esq.
                  FairLaw Firm
                  135 San Lorenzo Avenue
                  Suite 770
                  Coral Gables, FL 33146
                  Tel:   (305) 230-4884
                  brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  __Apr 14, 2025__           *CLERK OF COURT*



**SUMMONS**

*s/ K. Pierre*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court