UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-RUIZ/LOUIS

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Plaintiff, Carlos Manuel Vasquez Lopez, pursuant to Local Rule 3.8, notifies the Court of the following Related Action presently pending in the District Court for the Southern District of Florida:

*Mairalys Fernandez Reyes vs. Henry Vera*
S.D. Fla. Case No.:   1:25-CV-21678-GAYLES/GOODMAN
Claim by a former employee (hourly assistant manager, plus bartender/server/busser) of the Defendant's restaurant for alleged unpaid overtime, minimum wages, tips, liquidated damages, costs, and attorney's fees under the FLSA, and breach of contract or unjust enrichment plus costs and attorney's fees under the common law of Florida.

Respectfully submitted this 14th day of April 2025,

                                              Brian H. Pollock, Esq.
                                              Brian H. Pollock, Esq.
                                              Fla. Bar No. 174742
                                              brian@fairlawattorney.com
                                              FAIRLAW FIRM
                                              135 San Lorenzo Avenue
                                              Suite 770
                                              Coral Gables, FL 33146
                                              Tel:    305.230.4884
                                              *Counsel for Plaintiff*