UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-21679-RAR

**CARLOS MANUEL VASQUEZ LOPEZ**,

    Plaintiff,

v.

**HENRY VERA**,

    Defendant.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Good cause appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to Case No. 1:25-cv-21679-RAR being intertwined with issues raised in Case No. 1:25-cv-21678-DPG, and subject to the consent of the Honorable Darrin P. Gayles, it is hereby

**ORDERED AND ADJUDGED** that the above-numbered case is transferred to the calendar of Judge Gayles for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

After reviewing the file in the above-captioned case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **1:25-cv-21679-DPG**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2025.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**