UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,
v.

HENRY VERA,

    Defendant.
_____/

## NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Carlos Manuel Vasquez Lopez, and no longer has an interest in the outcome of this action.

    Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

    Dated this 19th day of May 2025.

    s/ Patrick Brooks LaRou, Esq.
    Patrick Brooks LaRou, Esq.
    Fla. Bar No. 1039018
    brooks@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*