UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-RUIZ/LOUIS

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS ON DEFENDANT

    Plaintiff, Carlos Manuel Vasquez Lopez, moves this Honorable Court for an extension of time to effect service of process on defendant. Plaintiff is presently unable to properly serve defendant due to defendant not having a registered agent in Florida. Plaintiff is obtaining substitute service on the secretary of state and requests this Honorable Court for an additional 90 days to effect service on defendant.

    Dated this 14th day of July, 2025.

    Brian H. Pollock, Esq.
    Brian H. Pollock, Esq. (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    305.230.4884
    *Counsel for Plaintiff*