UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.

_____/

**NOTICE OF FILING PROPOSED SUMMONS FOR HENRY VERA**

Plaintiff, CARLOS MANUEL VASQUEZ LOPEZ, by and through undersigned counsel, hereby files this Notice of Filing Proposed Summons for issuance by the Clerk of Court.

1. Plaintiff has filed a Complaint in the above-captioned action.

2. Plaintiff seeks to effectuate service of process upon Defendant Henry Vera via the Florida Secretary of State, as permitted by law.

3. Attached hereto as Exhibit A is the Proposed Summons in a Civil Action (AO 440) for Defendant Henry Vera, completed with the necessary information for issuance.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court issue the attached Proposed Summons for Defendant Henry Vera.

Dated this 16th day of July 2025.

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*

2

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*