UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

     Plaintiff,

vs.

HENRY VERA,

     Defendant.

_____/

## NOTICE OF FILING RETURN OF NON-SERVICE

     Plaintiff, Carlos Manuel Vasquez Lopez, undersigned counsel, notifies the Court and all parties of the filing of the Return of Non-Service concerning the attempts to serve the Complaint [ECF No. 1] and Summons issued on April 14, 2025 [ECF No. 3] on Defendant, Henry Vera, and the attempts made to personally serve him with process.

     Dated this 10th day of October 2025.

                         s/Brian H. Pollock, Esq.
                         Brian H. Pollock, Esq.
                         Fla. Bar No. 174742
                         brian@fairlawattorney.com
                         FAIRLAW FIRM
                         135 San Lorenzo Avenue
                         Suite 770
                         Coral Gables, FL 33146
                         Tel:    305.230.4884
                         *Counsel for Plaintiff*

1