Brian H. Pollock, Esq.
FairLaw Firm
Suite 770
135 San Lorenzo Avenue
Coral Gables FL 33146

$11.02
US POSTAGE
FIRST-CLASS
FROM 33146
JUL 23 2025
stamps
endicia

Return Receipt Requested



HENRY VERA
15874 SW 14TH C
PEMBROKE PNES

NIXIE    331    DE 1040    0008/28/25
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 33146187895    *0806-02893-25-19