UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

## CLERK'S DEFAULT

It appearing that Defendant herein, Henry Vera, is in default for failure to appear, answer, or otherwise plead to the Complaint filed herein within the time required by law, a Default is hereby entered against Defendant, Henry Vera, as of course, on this date _____.

                                          **ANGELA E. NOBLE**
                                          CLERK OF COURT

                                          By:_____
                                                  Deputy Clerk

`