# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CARLOS MANUEL VASQUEZ LOPEZ

    PLAINTIFF(S)

CASE NUMBER
1:25−cv−21679−DPG

v.

HENRY VERA,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

    DEFENDANT(S).

# Clerk's Default

    It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Henry Vera**

as of course, on the date October 22, 2025.

    **Angela E. Noble**
    CLERK OF COURT

    By  /s/ *Carlos Davis*
    Deputy Clerk

cc:  Judge Darrin P. Gayles
    Carlos Manuel Vasquez Lopez

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)