UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR DEFAULT
FINAL JUDGMENT**

THIS CAUSE, having come before the Court on Plaintiff's Motion for Extension of Time to File Plaintiff's Motion for Default Final Judgment, and the Court, after having reviewed the Motion and being otherwise duly advised in the premises, it is ORDERED AND ADJUDGED that the Motion is GRANTED:

Plaintiff shall file the Motion for Default Final Judgment no later than November 21, 2025.

DONE AND ORDERED in Chambers on this _____ day of _____ 20__.

                                                        _____
                                                        DARRIN P. GAYLES
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*