UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendants.
_____/

## **DECLARATION OF INDEBTEDNESS PURSUANT TO 28 U.S.C. §1746**

Plaintiff, Carlos Manuel Vasquez Lopez, having been duly sworn, deposes and says as follows pursuant to 28 U.S.C. §1764:

1. I was an employee of Defendant, Henry Vera, at his restaurant, Vera Restaurant Inc. d/b/a 5 Esquinas, and initiated this lawsuit to recover for the wages, minimum wages, and overtime I earned but was not paid.

2. Defendant employed me at his restaurant from approximately May 2024 to November 2024.

3. I earned and so am owed the total amount of **$6,444.00** in straight time wages, minimum wages, and overtime wages, comprised of the following:

    a. I am owed **$4,544.00** in unpaid straight time wages, calculated below:

| Period Start | Period End | Hourly Rate | Hours Worked | Wages Owed |
|---|---|---|---|---|
| 10/7/24 | 10/20/24 | $16.00 | 100 | $1,600.00 |
| 10/21/24 | 11/3/24 |  | 100 | $1,600.00 |
| 11/4/24 | 11/17/24 |  | 84 | $1,344.00 |

b. Included in the straight time wages I am owed is **$2,059.00** in unpaid minimum wages under the FLSA, calculated as follows:

| Period Start | Period End | FLSA Min. Wage Rate | Hours Worked | Wages Owed |
|---|---|---|---|---|
| 10/7/24 | 10/20/24 | $7.25 | 100 | $725.00 |
| 10/21/24 | 11/3/24 | | 100 | $725.00 |
| 11/4/24 | 11/17/24 | | 84 | $609.00 |

c. I am owed **$1,900.00** in unpaid overtime wages, calculated below:

| Period Start | Period End | Hourly Rate | Overtime Rate | Overtime Worked | Wages Owed |
|---|---|---|---|---|---|
| 4/22/24 | 5/5/24 | $12.00 | $6.00 | 10 | $60.00 |
| 5/6/24 | 5/19/24 | $12.00 | $6.00 | 20 | $120.00 |
| 5/20/24 | 6/2/24 | $12.00 | $6.00 | 20 | $120.00 |
| 6/3/24 | 6/16/24 | $12.00 | $6.00 | 20 | $120.00 |
| 6/17/24 | 6/30/24 | $12.00 | $6.00 | 20 | $120.00 |
| 7/1/24 | 7/14/24 | $12.00 | $6.00 | 20 | $120.00 |
| 7/15/24 | 7/28/24 | $12.00 | $6.00 | 20 | $120.00 |
| 7/29/24 | 8/11/24 | $16.00 | $8.00 | 20 | $160.00 |
| 8/12/24 | 8/25/24 | $16.00 | $8.00 | 20 | $160.00 |
| 8/26/24 | 9/8/24 | $16.00 | $8.00 | 20 | $160.00 |
| 9/9/24 | 9/22/24 | $16.00 | $8.00 | 20 | $160.00 |

d. Totals:

FLSA: $2,059.00 (mw) + $1,900.00 (ot) = $3,959.00

Fla. Law: $4,544.00

Grand Total: $4,544.00 + $1,900.00 = $6,444.00

4. I am also seeking liquidated damages in the amount of **$3,959.00**, which is the same amount of my unpaid minimum wages and overtime pay owed under the FLSA.

5. In total, I am owed **$10,403.00** in unpaid wages and liquidated damages, in addition to entitlement to recovery of my attorneys' fees, costs, and reasonable expenses.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

Dated 17/11/2025

*Carlos Manuel Vasquez Lopez (Nov 17, 2025 17:05:02 EST)*

**CARLOS MANUEL VASQUEZ LOPEZ**

## INTERPRETORS ACKNOWLEDGEMENT

On November 17, 2025, Katelyn Schickman, personally known to me, affirmed that the foregoing was translated for Carlos Manuel Vasquez Lopez, and that he fully understood the and affirmed the contents of the foregoing.

By: _____
Interpreter Signature

Notary Public Signature

Stamped:

**Signature:** *Carlos Manuel Vasquez Lopez (Nov 17, 2025 17:05:02 EST)*
Carlos Manuel Vasquez Lopez

**Email:** Carlosvasquezaz617@gmail.com



Notary Public State of Florida
Steffany Sanguino
My Commission HH 698200
Expires 11/8/2029