**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:25-CV-21679-DPG**

CARLOS MANUEL VASQUEZ LOPEZ,

    Plaintiff,

vs.

HENRY VERA,

    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE comes before the Court on Plaintiff's Motion for Entry of Final Judgment (the "Motion"). [ECF No. 28]. The Court granted the Motion for Entry of Default Final Judgment by separate order. [ECF No. 29]. Pursuant to Federal Rules of Civil Procedure 55 and 58, the Court enters this separate judgment for Plaintiff. Accordingly, for good cause shown, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion for Entry of Final Judgment is hereby **GRANTED;**

2. Default Judgment is hereby entered in favor of Plaintiff, Carlos Manuel Vasquez Lopez, and against Defendant, Henry Vera, in the amount of **$10,403.00**, calculated as follows:

    a. Unpaid straight time wages of $4,544.00;

    b. Unpaid overtime wages of $1,900.00; and

    c. Liquidated damages of $3,959.00.

3. Plaintiff is the prevailing party and is entitled to recover his reasonable attorneys' fees and costs in an amount to be determined by the Court under 29 U.S.C. §216(b) and Fla. Stat. §448.08.

2

      4.      The Court retains jurisdiction over this cause to enter such further Orders as are necessary and appropriate for the conclusion of this action.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of November 2025.

                                                                       DARRIN P. GAYLES
                                                                    UNITED STATES DISTRICT JUDGE