

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Carlos Manuel Vasquez Lopez

**INVOICE**

**Open (Not Sent)**

**Invoice #** 781

**Invoice Date:** 1/2/2026

Amount due
11,759.50

## Services

| Date | Staff Member | Category | Description | Duration | Total |
|---|---|---|---|---|---|
| 4/1/2025 | Brooks LaRou Esq. | Legal | Conduct initial consultation with client; discuss his claims and what to expect; also, reviewed sign-up procedures | 1.00 | 325.00 |
| 4/9/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding case title, type, and group. | 0.10 | 32.50 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I met in person with the client, we went over the contract; he signed it. confirmed his mailing address. | 0.50 | 82.50 |
| 4/9/2025 | Steffany Sanguino | Paralegal | We received the clients DL. | 0.10 | 16.50 |
| 4/9/2025 | Steffany Sanguino | Paralegal | I drafted the preservation letter in Spanish and mailed it to the client. | 0.40 | 66.00 |
| 4/11/2025 | Brian H. Pollock Esq. | Draft/revise | Review file and draft Complaint | 1.00 | 550.00 |
| 4/11/2025 | Brian H. Pollock Esq. | FLSA - Plaintiff | Receipt and review of Clerk's Notice of Judicial Assignment to Judge Ruiz and Magistrate Judge Louis | 0.10 | 55.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Letter to client re FLSA Case Filed in Federal Court eng and spa | 0.40 | 220.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Notice of Related Action and generally describe nature related case | 0.30 | 165.00 |
| 4/14/2025 | Brian H. Pollock Esq. | Draft/revise | draft N/Appearance by Brooks | 0.20 | 110.00 |
| 4/15/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding filing Notice of Appearance as counsel for Plaintiff. | 0.10 | 32.50 |
| 4/15/2025 | Steffany Sanguino | Paralegal | I emailed the summons and the complaint to Steve for service. | 0.20 | 33.00 |
| 4/15/2025 | Steffany Sanguino | Paralegal | I called the client to f.u with documents to help the case and to inform him we are sending correspondences to his home. But no.a. I left a detailed voicemail. | 0.20 | 33.00 |

| Date | Name | Role | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/15/2025 | Steffany Sanguino | Paralegal | The letter enclosing the filed lawsuit along with the complaint has been mailed to the client. | 0.20 | 33.00 |
| 4/15/2025 | Brian H. Pollock Esq. | Receipt, Review, and Analysis | Receipt and review of Order transferring case to Judge Gayles | 0.10 | 55.00 |
| 4/16/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Court Practice regarding motion practice and formatting. | 0.10 | 32.50 |
| 4/16/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Notice of Court Practice in FLSA Cases. | 0.10 | 32.50 |
| 4/16/2025 | Steffany Sanguino | Paralegal | I called the client to f.u with documents but no.a. I left a vm. | 0.20 | 33.00 |
| 4/17/2025 | Steffany Sanguino | Paralegal | I called the client to f.u. with documents. The client informed me he doesn't have documents, no emails, as he doesn't have an email address, no text messages because he broke his old phone, so he doesn't have old messages, no paystubs or earning statements because he was always paid through Zelle. He's going to send me a photo of the Zelle receipts received. | 0.30 | 49.50 |
| 4/17/2025 | Steffany Sanguino | Paralegal | I texted the client so he could send me the photos through text. | 0.10 | 16.50 |
| 4/17/2025 | Steffany Sanguino | Paralegal | I emailed the process server to f.u with service. | 0.20 | 33.00 |
| 4/18/2025 | Steffany Sanguino | Paralegal | I texted the client to f.u and confirm if he can take pictures of the messages on his phone with his wife's or son's phone and send them to us via text. | 0.10 | 16.50 |
| 4/18/2025 | Steffany Sanguino | Paralegal | I emailed the process server with the summons and complaint again to confirm they received our initial email sent on April 15. | 0.20 | 33.00 |
| 4/22/2025 | Steffany Sanguino | Paralegal | Receipt, reviewed, and organized a few screenshots of messages between the client and Mr. Vera. | 0.20 | 33.00 |
| 4/22/2025 | Steffany Sanguino | Paralegal | I emailed the client to request the entire conversation with Mr. Vera. | 0.20 | 33.00 |
| 4/24/2025 | Brooks LaRou Esq. | Unassigned | Conferral with Juan Aragon regarding scheduling appointment with client to review his Statement of Claim. | 0.10 | 32.50 |
| 4/24/2025 | Steffany Sanguino | Paralegal | I emailed the client's son, sl64miami@gmail.com to f.u with pictures of the entire conversation. | 0.20 | 33.00 |
| 4/24/2025 | Steffany Sanguino | Paralegal | I emailed the process server to f.u with service on Henry Vera. | 0.20 | 33.00 |
| 4/24/2025 | Steffany Sanguino | Paralegal | Called the client to schedule a telephone conference with the attorney. | 0.20 | 33.00 |
| 4/24/2025 | Steffany Sanguino | Paralegal | Received an update from the process server regarding service on Henry Vera. 4/19/2025 10:00 am Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027. No answer. I left a card. The same cars are on the driveway in different places. | 0.10 | 16.50 |
| 4/25/2025 | Steffany Sanguino | Paralegal | I called the client to follow up on the whole chat with Henry Vera and to confirm if he has any other documents to provide us with. The client said he only has the text messages, and the deposits reflected in his bank account. I | 0.20 | 33.00 |

| Date | Name | Role | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | asked the client to go to the bank and request the bank statements reflecting the deposits so he could provide us with them, since he doesn't have any pay stubs or earning statements. | | |
| 4/28/2025 | Steffany Sanguino | Paralegal | I texted the client to confirm if he could obtain the remaining conversation with Henry Vera. | 0.10 | 16.50 |
| 4/28/2025 | Steffany Sanguino | Paralegal | I emailed the process server to follow up with service on Henry Vera. | 0.20 | 33.00 |
| 4/28/2025 | Brooks LaRou Esq. | Phone Call | Phone call with client regarding calculation of damages and preparing draft Statement of Claim. | 0.50 | 162.50 |
| 4/29/2025 | Steffany Sanguino | Paralegal | I texted the client to follow up on the entire conversation with Henry Vera. | 0.10 | 16.50 |
| 4/29/2025 | Steffany Sanguino | Paralegal | We received photos of parts of a conversation between the client and Henry Vera. The client had already provided us with those photos. | 0.20 | 33.00 |
| 4/29/2025 | Steffany Sanguino | Paralegal | I tried calling the client to inform him we had already received those photos of parts of the conversation with Henry Vera, and what we need is the entire conversation. The client didn't answer me, so I left him a detailed voicemail. | 0.20 | 33.00 |
| 4/30/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding service on Henry Vera; 4/23/2025 8:30 pm Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027 Lights are on but there is no answer. I left a contact card. | 0.10 | 16.50 |
| 4/30/2025 | Steffany Sanguino | Paralegal | We received an update from the process server regarding service on Henry Vera; 4/26/2025 9:00 am Attempted Service: 15874 SW 14 Court, Hollywood, FL 33027. My contact card is gone. There is no answer when I knock or on the Ring Doorbell. I left another contact card, Both vehicles are on the driveway. | 0.10 | 16.50 |
| 4/30/2025 | Steffany Sanguino | Paralegal | I had a missed call from the client. I called him back; he confirmed he doesn't have personal WhatsApp messages or text messages with Henry Vera because he lost his old phone, and WhatsApp deleted the chat he had with Mr. Vera. The messages the client sent were from his wife's phone. I advised the client to provide me with any other documents he finds | 0.20 | 33.00 |
| 4/30/2025 | Brooks LaRou Esq. | Receipt, Review, and Analysis | Receipt and review of Court's Paperless Minute Entry for 4/30/25 Status Conference. | 0.10 | 32.50 |
| 4/30/2025 | Steffany Sanguino | Paralegal | We received additional documents from the client. | 0.20 | 33.00 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I drafted a letter to the client in Spanish, enclosing the SOC. The letter was emailed to his son and mailed to the client. | 0.40 | 66.00 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I emailed Steve, the process server, to confirm if we can pay for one stakeout for both of the cases against the same defendant. | 0.20 | 33.00 |
| 5/5/2025 | Steffany Sanguino | Paralegal | I called the client to confirm if the email address from which we received the documents is his son's. The client wasn't sure who sent us those documents. He informed me he has an email but doesn't really know how to use it or check it often. I obtained the email and added it to his file. | 0.20 | 33.00 |

| Date | Name | Role | Description | Hours | Amount |
|---|---|---|---|---|---|
| 5/6/2025 | Steffany Sanguino | Paralegal | I emailed the process server requesting to serve the defendant at his Miami Beach office at 1210 Washington Ave, Suite # 200, Miami Beach, FL 33139. | 0.20 | 33.00 |
| 5/9/2025 | Steffany Sanguino | Paralegal | I emailed Steve, to follow up with the service on Henry Vera. | 0.20 | 33.00 |
| 5/13/2025 | Steffany Sanguino | Paralegal | I provided the client with an update; I informed him that we are still trying to serve the defendant. | 0.20 | 33.00 |
| 5/15/2025 | Steffany Sanguino | Paralegal | I emailed the process server to f.u with service on Henry Vera | 0.20 | 33.00 |
| 5/15/2025 | Steffany Sanguino | Paralegal | Update from the process server. 5/15/2025 9:30 AM Attempted Service: 1210 Washington Ave., Suite # 200, Miami Beach, FL 33139. The office is under construction. I left a contact card and not requesting a call back. After I left, it seems a worked gave my note to Mr. Vera and he called from 305-303-9090. I identified myself, I stated that I have to serve him with the process, and asked to arrange a time and place to meet. He said he would call me back within one hour with an address to meet him. I waited in the area for one hour, but he never called me. I called him but he did not answer the phone. Wait time 1 hour. | 0.10 | 16.50 |
| 5/15/2025 | Steffany Sanguino | Paralegal | I emailed the process server requesting to keep trying to serve the defendant to coordinate proper service. | 0.20 | 33.00 |
| 5/16/2025 | Brooks LaRou Esq. | Draft/revise | Draft Notice of Dissociation as counsel | 0.10 | 32.50 |
| 5/20/2025 | Brian H. Pollock Esq. | Draft/revise | draft letter to client re: PBL's departure from the firm as an associate attorney. eng and spa | 0.20 | 110.00 |
| 5/23/2025 | Steffany Sanguino | Paralegal | The client called requesting an update. I informed the client we are still trying to serve the defendant with the lawsuit and how he has been avoiding service. The client informed me that he saw the defendant driving by Miami Beach, and the defendant seemed to want to approach the client, but they were at a red light. | 0.20 | 33.00 |
| 6/27/2025 | Steffany Sanguino | Paralegal | The client called to get an update. I informed him that we are in the process of serving the summons and complaint to the defendant, and as soon as we serve him, we will contact him to provide the status. | 0.30 | 49.50 |
| 7/14/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Motion for Extension of Time to effect Service on Dft | 0.30 | 165.00 |
| 7/15/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Summons Individual (Secretary of State) | 0.20 | 110.00 |
| 7/16/2025 | Brian H. Pollock Esq. | Draft/revise | Draft NOF Proposed Summons | 0.20 | 110.00 |
| 7/17/2025 | Brian H. Pollock Esq. | Draft/revise | Draft Substitute Service Letter | 0.30 | 165.00 |
| 7/18/2025 | Katie Schickman Esq. | Phone Call | phone call w/ client to conduct follow up | 0.20 | 55.00 |

| Date | Attorney | Category | Description | Hours | Amount |
|---|---|---|---|---|---|
| 7/18/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review notes on file and docket to familiarize myself for follow up call | 0.30 | 82.50 |
| 7/18/2025 | Katie Schickman Esq. | Draft/revise | draft f/u eval memo | 0.20 | 55.00 |
| 7/23/2025 | Katie Schickman Esq. | Legal | run search to verify mr. vera's address | 0.20 | 55.00 |
| 7/24/2025 | Katie Schickman Esq. | Document/File Management | Review file to determine what has been done, what needs to be done, and to map out a strategy for the future progress of the case | 0.30 | 82.50 |
| 7/28/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | review client docs & rename those supporting statement of claim | 0.30 | 82.50 |
| 7/31/2025 | Katie Schickman Esq. | Draft/revise | review file in connection w/ & draft motion to deem service | 1.20 | 330.00 |
| 9/23/2025 | Katie Schickman Esq. | Draft/revise | revise motion to deem service - save as v2 | 0.40 | 110.00 |
| 9/24/2025 | Katie Schickman Esq. | Draft/revise | revise motion to deem service - save as v3 | 0.40 | 110.00 |
| 9/30/2025 | Katie Schickman Esq. | Draft/revise | revise mot to deem service (v4) | 0.20 | 55.00 |
| 9/30/2025 | Katie Schickman Esq. | Draft/revise | draft declaration (re service of process) | 0.60 | 165.00 |
| 10/7/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | receive and review henry vera military status | 0.20 | 55.00 |
| 10/7/2025 | Katie Schickman Esq. | Draft/revise | draft non-millitary affidavit | 0.40 | 110.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise mot to deem service - save as v5 | 0.30 | 82.50 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise non-military affidavit | 0.20 | 55.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | draft declaration of compliance (v2) | 0.80 | 220.00 |
| 10/8/2025 | Katie Schickman Esq. | Draft/revise | revise non-military affidavit - save as v2 | 0.10 | 27.50 |
| 10/9/2025 | Katie Schickman Esq. | Draft/revise | revise plaintiff's motion to declare defendant served in accordance with BP redlines - save as v6 | 0.80 | 220.00 |
| 10/10/2025 | Katie | Draft/revise | Work on Plaintiff's Motion to Deem Service. Add | 0.80 | 220.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Schickman Esq. | | information about Mr. Vera's bankruptcy claims and the phone calls and contact attempts to make service of process. | | |
| 10/10/2025 | Katie Schickman Esq. | Draft/revise | Revise Declaration of Compliance to add additional detail on service attempts. | 0.20 | 55.00 |
| 10/10/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Summons (affidavit) Returned Unexecuted by Carlos Manuel Vasquez Lopez as to Henry Vera | 0.10 | 27.50 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise Mot to Deem Service to reflect the recent filing of the notice of service | 0.20 | 55.00 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise affidavit of compliance to reflect the recent filing of the notice of service | 0.10 | 27.50 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise non-military affidavit | 0.10 | 27.50 |
| 10/13/2025 | Steffany Sanguino | Paralegal | Notarized the Non-Military Affidavit for attorney KS. | 0.20 | 33.00 |
| 10/13/2025 | Katie Schickman Esq. | Draft/revise | Revise the mot. to deem service and affidavit of compliance | 0.50 | 137.50 |
| 10/13/2025 | Brian H. Pollock Esq. | Draft/revise | Draft letter to defendant enclosing Mot to Deem Service | 0.20 | 110.00 |
| 10/13/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Notice of Attorney Appearance by Katelyn Schickman on behalf of Carlos Manuel Vasquez Lopez | 0.10 | 27.50 |
| 10/14/2025 | Katie Schickman Esq. | Draft/revise | Finalize the motion to deem service, the affidavit of compliance, the proof of correspondence and returned mail, and the non military affidavit in preparation for filing | 0.20 | 55.00 |
| 10/14/2025 | Katie Schickman Esq. | Legal | File the motion to deem service, the affidavit of compliance, the proof of correspondence and returned mail, and the non military affidavit in preparation for filing | 0.30 | 82.50 |
| 10/17/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review order granting motion to deem service | 0.10 | 27.50 |
| 10/20/2025 | Katie Schickman Esq. | Draft/revise | Draft motion for clerks default and conduct research for longer memorandum of law regarding service of process | 1.30 | 357.50 |
| 10/20/2025 | Katie Schickman Esq. | Draft/revise | Revise Plaintiff's motion for entry of clerk's default against defendant in accordance with BP redlines (v2) | 0.60 | 165.00 |
| 10/21/2025 | Katie Schickman Esq. | Draft/revise | Finalize Motion for entry of clerk's default | 0.40 | 110.00 |
| 10/21/2025 | Katie Schickman Esq. | Draft/revise | Draft clerk's default form | 0.20 | 55.00 |
| 10/21/2025 | Katie Schickman | Legal | File Motion for entry of clerk's default accompanied by proposed clerks default | 0.20 | 55.00 |

| Date | Attorney | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | | | | |
| 10/22/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Review and receive clerk's default against Henry Vera | 0.20 | 55.00 |
| 10/22/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize Letter to D enclosing Motion for Clerk's Default and Letter to D enclosing Clerk's Default | 0.20 | 55.00 |
| 11/6/2025 | Katie Schickman Esq. | Draft/revise | Draft Motion for Default Judgement against Henry Vera | 2.50 | 687.50 |
| 11/6/2025 | Katie Schickman Esq. | Draft/revise | Draft Declaration of Indebtedness | 0.60 | 165.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Revise Motion for Default Final Judgement to include allegations from Plaintiff's complaint | 0.20 | 55.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Revise Declaration of indebtedness to specify straight time wage amounts and include interpreter's acknowledgement | 0.20 | 55.00 |
| 11/7/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed final judgment | 0.40 | 110.00 |
| 11/10/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive and review order and notice of practice on default procedure | 0.10 | 27.50 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise motion for entry of default judgment to discuss Florida Common Law claims (v3) | 0.60 | 165.00 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise motion for final judgement and conduct legal research re: fl breach of contract & unjust enrichment. Add research into motion | 1.10 | 302.50 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise the declaration of indebtedness to separate FLSA and Florida claims | 0.40 | 110.00 |
| 11/10/2025 | Katie Schickman Esq. | Draft/revise | Revise proposed final judgment to reflect revisions to the declaration of indebtedness | 0.20 | 55.00 |
| 11/14/2025 | Katie Schickman Esq. | Phone Call | LVM for Mr. Vasquez to sign declaration of indebtedness | 0.10 | 27.50 |
| 11/14/2025 | Katie Schickman Esq. | Email with Client | Send client declaration of indebtedness for execution | 0.20 | 55.00 |
| 11/14/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize motion for default, proposed default, and declaration of indebtedness. | 0.30 | 82.50 |
| 11/14/2025 | Katie Schickman Esq. | Phone Call | lvm for carlos to sign declaration of indebtedness | 0.10 | 27.50 |
| 11/14/2025 | Steffany Sanguino | Paralegal | I called the client to request his signature on the declaration page, but no answer. I left a voicemail and sent a text to follow up. | 0.30 | 49.50 |

| Date | Name | Type | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/14/2025 | Steffany Sanguino | Paralegal | I tried calling the client regarding the declaration but no answer. | 0.10 | 16.50 |
| 11/14/2025 | Steffany Sanguino | Paralegal | Tried calling the client again regarding the declaration page but no answer. | 0.10 | 16.50 |
| 11/14/2025 | Katie Schickman Esq. | Draft/revise | Draft MET to file mot for default final judgment | 0.50 | 137.50 |
| 11/14/2025 | Katie Schickman Esq. | Draft/revise | Draft proposed order granting default | 0.20 | 55.00 |
| 11/14/2025 | Brooks LaRou Esq. | Draft/revise | Review and final revisions to draft Motion for Extension of Time to file Motion for Default Final Judgment. | 0.40 | 150.00 |
| 11/14/2025 | Brooks LaRou Esq. | Draft/revise | Review and final revisions to Proposed Order granting Plaintiff's Motion for Extension of Time to file Motion for Default Final Judgment. | 0.10 | 37.50 |
| 11/14/2025 | Katie Schickman Esq. | Legal | File met to file default final judgment and proposed order | 0.20 | 55.00 |
| 11/17/2025 | Katie Schickman Esq. | Phone Call | lvm for Mr. Vasquez to sign paperwork | 0.10 | 27.50 |
| 11/17/2025 | Steffany Sanguino | Paralegal | Called the client and texted him asking him to contact us as soon as he can. | 0.20 | 33.00 |
| 11/17/2025 | Katie Schickman Esq. | Email with Client | Send Mr. Vasquez a second request for an e-signature on the Declaration of Indebtedness | 0.20 | 55.00 |
| 11/17/2025 | Katie Schickman Esq. | Email with Client | Re-send declaration to CL's second email address | 0.20 | 55.00 |
| 11/17/2025 | Steffany Sanguino | Paralegal | Received a call from the client, I explained to him the reason why we have been trying to contact him. He explained that he changed his email address. I informed him that we will email him the declaration. I texted the client to follow up with our call. | 0.30 | 49.50 |
| 11/17/2025 | Katie Schickman Esq. | Phone Call | Send text message requesting confirmation that Mr. Vasquez received the declaration of indebtedness | 0.20 | 55.00 |
| 11/17/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Receive & review order granting MET | 0.10 | 27.50 |
| 11/17/2025 | Katie Schickman Esq. | Phone Call | Mr. Vasquez provided another email address. Re-sent the declaration of indebtedness | 0.20 | 55.00 |
| 11/17/2025 | Katie Schickman Esq. | Phone Call | F/U message to see if carlos received documents | 0.10 | 27.50 |
| 11/18/2025 | Katie Schickman Esq. | Receipt, Review, and Analysis | Administrative order closing case | 0.10 | 27.50 |
| 11/18/2025 | Katie Schickman | Receipt, Review, and | Order Granting Default Final Judgment for Plaintiff | 0.10 | 27.50 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| | Esq. | Analysis | | | |
| 11/18/2025 | Katie Schickman Esq. | Draft/revise | Draft letter to defendant enclosing Final Judgment | 0.20 | 55.00 |
| 11/20/2025 | Katie Schickman Esq. | Legal | Review file & draft status update letter to co-counsel | 0.30 | 82.50 |
| 11/20/2025 | Steffany Sanguino | Paralegal | Review file to determine future needs and to organize it for future use | 0.30 | 49.50 |
| 11/21/2025 | Katie Schickman Esq. | Legal | Review and audit the file to determine future needs and organize it for future use | 0.30 | 82.50 |
| 11/21/2025 | Brian H. Pollock Esq. | Draft/revise | Letter Status Update Following Referral | 0.20 | 110.00 |
| 12/3/2025 | Katie Schickman Esq. | Draft/revise | Draft Motion for attorneys fees. Go into depth with fees and qualifications/awards for BP PBL and SS | 2.70 | 742.50 |
| 12/4/2025 | Katie Schickman Esq. | Draft/revise | Continue drafting motion for attorneys' fees. conduct legal research to determine applicable atty. fee rate for a new attorney and include in the motion. Finalize attorneys fees and costs calculations. | 0.60 | 165.00 |
| 12/30/2025 | Katie Schickman Esq. | Draft/revise | Review and finalize the fee breakdown section of Plaintiff's Motion for Attorneys' fees. Confer w/ Mr. Pollock Re: finalization | 0.30 | 82.50 |

**Services Subtotal: 11,759.50**

**Total: 11,759.50**

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Although you can pay by credit card or e-check, payment by credit card will result in a 2.5-3% processing fee, which you will be responsible for as an additional cost. Payment by e-check does not result in any additional processing, cost, or other fee to you, which is why we prefer it as the payment method.

**Terms and Conditions:**
Just like you expect to receive your legal services in a prompt manner, FairLaw Firm is entitled to be paid promptly for the legal services provided. For clients who are responsible for satisfying our invoices, we will first attempt to pay this invoice by applying the balance of any non-refundable retainer held in the firm's operating account. After that non-refundable retainer is exhausted, FairLaw Firm will then pay any remaining balance on this invoice with the funds held in FairLaw Firm's IOTA Trust Account. Any remaining invoice balance that cannot be satisfied by funds deposited with the firm must to be paid within 7 days from the date of this. **The failure to timely pay each invoice will result in the remaining balance on**

**this invoice accruing interest at a rate of 18% per annum plus payment of our attorneys' fees and costs incurred in collection of this invoice.**