

# FairLaw Firm

**INVOICE**

**Open (Not Sent)**

**Invoice #** 782

**Invoice Date:** 1/2/2026

**FairLaw Firm**
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Phone: +13052304884
Email: intake@fairlawattorney.com
Website: https://fairlawattorney.com/

**To:**
Carlos Manuel Vasquez Lopez



| Amount due |
|:---:|
| 511.76 |

## Expenses

| Date | Vendor | Category | Description | Total |
|---|---|---|---|---|
| 4/11/2025 | FairLaw Firm | Filing Fee - Federal Court | | 405.00 |
| 7/18/2025 | FairLaw Firm | Service of Process | Invoice for Non-Service | 91.80 |
| 7/23/2025 | FairLaw Firm | Postage | Cert. Mail to Henry Vera | 11.02 |
| 10/14/2025 | FairLaw Firm | Postage | Reg Mail Plaintiff's Motion to Declare Defendant Served with Process Pursuant to Fla. Stat. §48.031to Vera | 2.17 |
| 10/22/2025 | FairLaw Firm | Postage | Correspondence Entry of Clerk's Default to Vera | 1.03 |
| 11/19/2025 | FairLaw Firm | Postage | Drafted letter to defendant enclosing Final Judgment | 0.74 |

**Expenses Subtotal:511.76**

**Notes:**

Please make all amounts payable to FairLaw Firm. Tax ID No.: 20-1722656.

Payment is due upon receipt.

Although you can pay by credit card or e-check, payment by credit card will result in a 2.5-3% processing fee, which you will be responsible for as an additional cost. Payment by e-check does not result in any additional processing, cost, or other fee to you, which is why we prefer it as the payment method.

**Total:511.76**

**Terms and Conditions:**
Just like you expect to receive your legal services in a prompt manner, FairLaw Firm is entitled to be paid promptly for the legal services provided. For clients who are responsible for satisfying our invoices, we will first attempt to pay this invoice by applying the balance of any non-refundable retainer held in the firm's operating account. After that non-refundable retainer

is exhausted, FairLaw Firm will then pay any remaining balance on this invoice with the funds held in FairLaw Firm's IOTA Trust Account. Any remaining invoice balance that cannot be satisfied by funds deposited with the firm must to be paid within 7 days from the date of this. **The failure to timely pay each invoice will result in the remaining balance on this invoice accruing interest at a rate of 18% per annum plus payment of our attorneys' fees and costs incurred in collection of this invoice.**