UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

     Plaintiff,

vs.

HENRY VERA,

     Defendant.

_____/

## **PLAINTIFF'S MOTION TO COMPEL FACT INFORMATION SHEET**

Plaintiff, Carlos Manuel Vasquez Lopez, through his undersigned counsel and pursuant to Fed. R. Civ. P. 64, 69, Local Rule 7.1, and other applicable Rules and laws, requests that the Court enter an Order compelling Defendant, Henry Vera, to complete and return a Fact Information Sheet based on the following good cause:

## **MOTION TO COMPEL FACT INFORMATION SHEET**

1.     Rule 69(a)(2) of the Federal Rules of Civil Procedure entitles a prevailing party to employ discovery in furtherance of execution on a judgment:

> In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located.

2.     Rule 1.560(c) of the Florida Rules of Civil Procedure, in turn, permits a judgment creditor such as the Plaintiff to request of the Court the following:

> In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, **shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court**.

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*

3.      Having secured a Final Judgment and award of attorney's fees and costs against

Defendant, Henry Vera [ECF Nos. 30, 32], Plaintiff requests that the Court require him to complete

the appropriate Florida Form 1.977 Fact Information Sheet, including all attachments, within 15

days, in the form(s) appended hereto as Exhibit "A." *See Whitwam v. JetCard Plus, Inc.*, 2014 WL

6433226 (S.D. Fla. Nov. 13, 2014).

4.      Plaintiff further requests that the Court require Defendant to complete the

appropriate Florida Form 1.977 Fact Information Sheet in the form(s) appended hereto and "to fax

and/or hand-deliver the same to Plaintiffs' Counsel," with all required attachments, within 30 days

of service of the Fact Information Sheet on Defendant. *Rodriguez v. Super Shine & Detailing, Inc.*,

2013 WL 4786596, at *4 (S.D. Fla. Sept. 6, 2013).

5.      Local Rule 7.1 specifically exempts post-judgment collection/execution motions

from the conferral requirement, so none has been made herein.

For the foregoing reasons, Plaintiff respectfully requests the Court to compel Defendant,

Henry Vera, to complete and return a Form 1.977 Fact Information Sheet, with all required

attachments, to Plaintiff's counsel within 30 days of service of the Fact Information Sheets on

Defendant.

Respectfully submitted this 28th day of January 2026,

Katelyn Schickman, Esq.
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel:     305.230.4884
*Counsel for Plaintiff*