

# FACT INFORMATION SHEET

# Form 1.977

Form 1.977(a)

Form for fact sheet required to be filed by **individual** judgment debtor after entry of judgment
(Fla. R. Civ. P. Form 1.977(a))

**Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete **form 1.977**, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

Attached is the fact information sheet, form 1.977, per rule 1.560 of the Florida Rules of Civil Procedure with Forms.

*__Note that the form 1.977, along with all attachments, is to be returned to the creditor's attorney__*, or to the judgment creditor if the judgment creditor is not represented by an attorney.

*After form 1.977 and all attachments have been delivered, a notice of compliance (the last page of this packet) is to be filed with the clerk of court.*

For more information, see Florida Rules of Civil Procedure, Rule 1.560.

FACT INFORMATION SHEET

**For Individuals.**

Full Legal Name: ...................................................................................................................................................

Nicknames or Aliases: ..........................................................................................................................................

Residence Address: ..............................................................................................................................................

Mailing Address (if different): .............................................................................................................................

Telephone Numbers: (Home) ...............................................................................................................................

(Business) ............................................................................................................................................................

Name of Employer: ..............................................................................................................................................

Address of Employer: ..........................................................................................................................................

Position or Job Description: ................................................................................................................................

Rate of Pay: $ _____ per _____. Average Paycheck: $ _____ per ...........................................................

Average Commissions or Bonuses: $ ____ per _____ Commissions or bonuses are based on ..................

Other Personal Income: $ ____ from ..................................................................................................................

(Explain details on the back of this sheet or an additional sheet if necessary.)

Social Security Number: _____ Birthdate: ..........................................................................................

Driver's License Number: ................................................................................................................................

Marital Status: _____ Spouse's Name: ................................................................................................

\* \* \* \* \* \* \* \*

*Spouse Related Portion*

Spouse's Address (if different): .......................................................................................................................

Spouse's Social Security Number: _____ _____ Birthdate: ..................................................................

Spouse's Employer: .........................................................................................................................................

Spouse's Average Paycheck or Income: $ __ _____ per ............................................................................

Other Family Income: $ _____ per _____

(Explain details on back of this sheet or an additional sheet if necessary.) Describe all other accounts or investments you may have, including stocks, mutual funds, savings bonds, or annuities, on the back of this sheet or on an additional sheet if necessary.

\* \* \* \* \* \* \* \*

Names and Ages of All Your Children (and addresses if not living with you): ...............................................

Child Support or Alimony Paid: $ _____ per .........................................................................................

Names of Others You Live With: ....................................................................................................................

Who is Head of Your Household? _____ You ___ Spouse ___ Other Person

Checking Account at: _____ Account # ..............................................................................

Savings Account at: _____ Account # ................................................................................................................

For Real Estate (land) You Own or Are Buying:

Address: ..........................................................................................................................................................................................

All Names on Title: ......................................................................................................................................................................

Mortgage Owed to: ......................................................................................................................................................................

Balance Owed: ..............................................................................................................................................................................

Monthly Payment: $ ....................................................................................................................................................................

(Attach a copy of the deed or mortgage, or list the legal description of the property on the back of this sheet or an additional sheet if necessary. Also provide the same information on any other property you own or are buying.)

For All Motor Vehicles You Own or Are Buying:

Year/Make/Model: _____ Color: ...................................................................................................................................

Vehicle ID No.: _____ Tag No: _____ Mileage: ................................................................................................

Names on Title: _____ Present Value: $ ........................................................................................................................

Loan Owed to: ..............................................................................................................................................................................

Balance on Loan: $ ......................................................................................................................................................................

Monthly Payment: $ ....................................................................................................................................................................

(List all other automobiles, as well as other vehicles, such as boats, motorcycles, bicycles, or aircraft, on the back of this sheet or an additional sheet if necessary.)

Have you given, sold, loaned, or transferred any real or personal property worth more than $100 to any person in the last year? If your answer is "yes," describe the property, market value, and sale price, and give the name and address of the person who received the property.

Does anyone owe you money? Amount Owed: $ ...........................................................................................................

Name and Address of Person Owing Money: ...........................................................................................................

Reason money is owed: ...........................................................................................................

Please attach copies of the following:

a. Your last pay stub.

b. Your last 3 statements for each bank, savings, credit union, or other financial account.

c. Your motor vehicle registrations and titles.

d. Any deeds or titles to any real or personal property you own or are buying, or leases to property you are renting.

e. Your financial statements, loan applications, or lists of assets and liabilities submitted to any person or entity within the last three years.

f. Your last two income tax returns filed.

UNDER PENALTY OF PERJURY, I SWEAR OR AFFIRM THAT THE FOREGOING ANSWERS ARE TRUE AND COMPLETE.

...........................................................................................................
 Judgment Debtor

STATE OF FLORIDA

COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ day of _____ (year), by

_____

(name of person making statement), who is personally known to me or has produced

_____

as identification and who _____ (did/did not) take an oath.

Witness my hand and official seal, this _____ day of _____, (year).

...........................................................................................................................................................................................................
Notary Public State of Florida
My Commission expires:
_____

**AFTER THE ORIGINAL FACT INFORMATION SHEET, TOGETHER WITH ALL ATTACHMENTS, HAS BEEN DELIVERED TO THE JUDGMENT CREDITORS' ATTORNEY, OR TO THE JUDGMENT CREDITOR IF THE JUDGMENT CREDITOR IS NOT REPRESENTED BY AN ATTORNEY, THE JUDGEMENT DEBTOR SHALL FILE WITH THE CLERK OF THIS COURT A NOTICE OF COMPLIANCE**

.

## NOTICE OF SERVICE FACT INFORMATION SHEET

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,

IN AND FOR _____ COUNTY, FLORIDA

Case No.: _____

_____
Petitioner

And

_____
Respondent

Notice is hereby given that the undersigned judgment debtor has completed the fact information sheet required by Rule 1.560, Florida Rules of Civil Procedure, and has served on or delivered the same to _____, the judgment creditor or his attorney, at _____ (address) by hand delivery or regular U.S. mail, postage prepaid this _____ (date).

_____

Judgment Debtor

_____

Address

_____

Phone