UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-21679-GAYLES/AUGUSTIN-BIRCH

CARLOS MANUEL VASQUEZ LOPEZ,

Plaintiff,

vs.

HENRY VERA,

Defendants.

_____/

## PLAINTIFF'S MOTION FOR WRIT OF EXECUTION

Plaintiff, Carlos Manuel Vasquez Lopez, through his undersigned counsel and pursuant to Fed. R. Civ. P. 64, requests that the Court instruct the Clerk of Courts to issue a Writ of Execution in the form appended hereto based upon the following good cause:

1. On November 18, 2025, this Court entered its Final Judgment, awarding Plaintiff $10,403.00. [ECF No. 30].

2. Then, on January 26, 2026, this Court entered its Order awarding Plaintiff $12,271.26 in attorney fees and costs. [ECF No. 32]. This Order constitutes a money judgment pursuant to *National Labor Relations Board v. Tropical Wellness Center, LLC*, 2019 U.S. Dist. LEXIS 39581, at *4 (S.D. Fla. Mar. 11, 2019).

3. The entire sum of $22,674.26 remains due, payable, and outstanding.

4. Plaintiff seeks to enforce the money judgment(s) against Defendant, Henry Vera, pursuant to Fed. R. Civ. P. 69(a) by issuing a Writ of Execution.

5. Local Rule 7.1 specifically exempts post-judgment collection/execution motions from the conferral requirement, and so none has been made herein.

WHEREFORE Plaintiff, Carlos Manuel Vasquez Lopez, requests that the Court direct the Clerk of Courts to issue a Writ of Execution in the form appended hereto.

Dated this 3rd day of August 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*