# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF:
Southern District of Florida    1:25-CV-21679-GAYLES/GOODMAN

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Henry Vera
15874 SW 14th Ct.
Pembroke Pines, FL, 33027

FILED BY LS D.C.
Aug 21, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| $10,403.00 | and | prejudgment interest thereon |

in the United States District Court for the Southern District of Florida, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Henry Vera
15874 SW 14th Ct., Pembroke Pines, FL, 33027

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE PALM BEACH COUNTY | DISTRICT SOUTHERN DISTRICT OF FLORIDA |
| CITY West Palm Beach | DATE Aug 21, 2026 |

Witness the Honorable ______________________________
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Aug 21, 2026 | Angela E. Noble |
| | (BY) DEPUTY CLERK Lisa A. Streets |

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

Print    Reset Form